

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Amando Villareal Heredia | Civil Action No.   14cv2972-WQH |
| Petitioner, | |
| V. | |
| USA | **JUDGMENT IN A CIVIL CASE** |
| Respondent. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The motion pursuant to 28 U.S.C. Section 2255 on the grounds of ineffective assistance of counsel is denied.

Date:   12/28/15

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ M. Cruz
M. Cruz, Deputy